```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. 09-13483 |
| WILFRED WILLIAM KEHR, | CHAPTER 7 |
| _____DEBTOR._____/ | NOTICE OF HEARING ON MOTION FOR ORDER COMPELLING <u>ABANDONMENT OF ESTATE PROPERTY</u><br>Date:   November 5, 2010<br>Time:   9:00 a.m.<br>Place:  99 South E St.<br>        Santa Rosa, CA |

TO: JEFFRY LOCKE, TRUSTEE, and ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held on the Motion of Wilfred William Kehr, Debtor herein, for an order compelling abandonment of the real property located at 3972 Millbrook Drive, Santa Rosa, California.

The Motion is attached hereto as Exhibit A.

Dated:   10/6/10                       DAVID N. CHANDLER, p.c.


                                       By: <u>*/s/ David N. Chandler, Jr.*</u>
                                           David N. Chandler, Jr.
                                           Attorney for Debtor

# EXHIBIT A

```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA   95404
Telephone: (707) 528-4331

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 09-13483 |
| WILFRED WILLIAM KEHR, | CHAPTER 7 |
| ___DEBTOR._____/ | MOTION FOR ORDER COMPELLING ABANDONMENT OF ESTATE PROPERTY; DECLARATION WILFRED WILLIAM KEHR<br>Date:  November 5, 2010<br>Time:  9:00 a.m.<br>Place: 99 South E St.<br>       Santa Rosa, CA |

    Wilfred William Kehr, debtor herein, hereby moves the Court for an order compelling the Trustee to abandon estate property and represents:

    1.   This case was commenced by voluntary petition under Chapter 7 of the Code on October 22, 2009.

    2.   The Debtor's Discharge was entered January 26, 2010

    3.   Jeffry Locke is the acting Trustee in the case.

    4.   Debtor owns real property located at 3972 Millbrook Dr., Santa Rosa, California 95404 (hereinafter the "Real Property"). The Real Property is property of the estate.

    5.   The Real Property is subject to encumbrances totaling approximately $671,000.00.

    6.   Debtor is informed and believes, based upon comparable sales in the area, that the value of the Real Property is $650,000 or less.

7.  Debtor is attempting to obtain a modification of the loans secured by the Real Property.  The Mortgage Creditor initially approved Debtor for a loan modification, however, a loan modification agreement was never delivered.  When Debtor inquired, he was told by the Mortgage Creditor that they could not modify his loans because of the pending bankruptcy proceeding.

8.  On September 23, 2010, the Mortgage Creditor filed a Motion for Relief From Stay [Docket No. 24] in which it indicated an intent to foreclose its security interest.

9.  After notice and a hearing, the Court may order the trustee to abandon any property of the estate that is of inconsequential value and benefit to the estate.  11 U.S.C. § 554.

10.  There is no non-exempt equity in the Real Property and therefore it is of inconsequential value and benefit to the estate.

11.  Debtor is hopeful that an order compelling abandonment will facilitate the loan modification process.

WHEREFORE, Debtor requests that the Court enter an order compelling the Trustee to abandon the Real Property, and for such other relief as the court deems just and proper.

Respectfully submitted,

Dated: 9/29/10           DAVID N. CHANDLER, p.c.


By: */s/ David N. Chandler, Jr.*
DAVID N. CHANDLER, Jr.,
Attorney for Debtor

DECLARATION OF WILFRED WILLIAM KEHR

I, Wilfred William Kehr, declare and say:

1.  That if called as a witness, I am competent to testify to the within matters from my own knowledge.

2. That I am the debtor in the above-entitled proceeding.

3. That I am the owner of the real property located at 3972 Millbrook Dr., Santa Rosa, California 95404 (hereinafter the "Real Property").

4. That the Real Property is subject to encumbrances totaling approximately $671,000.00. The claims secured by the Real Property are listed in Schedule D of the Bankruptcy Schedules.

5. That I am informed and believe, based upon sales and comparable properties in the same area, that the current value of the Real Property is $650,000.00 or less.

6. That I am attempting to obtain a modification of the loans secured by the Real Property. The Mortgage Creditor initially approved me for a loan modification, however, a loan modification agreement was never delivered. When I inquired, I was told by the Mortgage Creditor that they could not modify my loans because of the pending bankruptcy proceeding. They are now refusing to even talk to me.

7. That on September 23, 2010, the Mortgage Creditor filed a Motion for Relief From Stay [Docket No. 24] in which it indicated an intent to foreclose its security interest.

8. That I am hopeful that an order compelling abandonment of the Real Property will facilitate the loan modification process.

Executed under penalty of perjury this 29th day of September, 2010 at Sonoma County, California.

                                                */s/ Wilfred W. Kehr*
                                                WILFRED WILLIAM KEHR

CERTIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On October 6, 2010, I served a copy of the within NOTICE OF HEARING ON MOTION FOR ORDER COMPELLING ABANDONMENT OF ESTATE PROPERTY on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

(SEE ATTACHED)

I, JANE F. KAMAS, declare under penalty of perjury that the foregoing is true and correct.

Executed on October 6, 2010, Santa Rosa, California.

                                             /s/ Jane F. Kamas
                                             JANE F. KAMAS

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-1<br>Case 09-13483<br>Northern District of California<br>Santa Rosa<br>Fri Oct  1 16:07:24 PDT 2010 | American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | Bank of America, National Association as suc<br>Pite Duncan, LLP<br>c/o Melodie A. Whitson<br>Jutland Drive, Suite 200<br>PO Box 17933<br>San Diego, CA 92177-7921 |
| Valerie N. Brown<br>Lowndes, Drosdick, Doster et al<br>215 N Eola Dr.<br>Orlando, FL 32801-2095 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Capital One Visa<br>P.O. Box 60599<br>City Of Industry, CA 91716-0599 |
| David N. Chandler Jr.<br>Law Offices of David N. Chandler<br>1747 4th St.<br>Santa Rosa, CA 95404-3601 | Chase<br>P.O. Box 15548<br>Wilmington, DE 19886-5548 | Dean Marty<br>P.O. Box 923<br>Penngrove, CA 94951-0923 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Franchise Tax Board<br>Bankruptcy Group<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Wilfred William Kehr<br>3972 Millbrook Dr.<br>Santa Rosa, CA 95404-7613 | Jeffry Locke<br>530 Alameda Del Prado #396<br>Novato, CA 94949-9810 | Macy's Visa<br>P.O. Box 689194<br>Des Moines, IA 50368-9194 |
| Office of the U.S. Trustee / SR<br>235 Pine Street<br>Suite 700<br>San Francisco, CA 94104-2736 | Redwood Credit Union<br>P.O. Box 6104<br>Santa Rosa, CA 95406-0104 | SVO Pacific, Inc.<br>C/O Lowndes, Drosdick, Doster, et al<br>Att: Valerie N. Brown<br>450 S. Orange Avenue - Suite 800<br>Orlando, FL 32801-3344 |
| SVO Pacific, Inc.<br>P.O. Box 105164<br>Atlanta, GA 30348-5164 | SVO Pacific, Inc.<br>c/o Lowndes, Drosdick, et al<br>Att: Valerie N. Brown<br>450 S. Orange Avenue - Suite 800<br>Orlando, FL 32801-3344 | Sterling Savings Bank<br>111 N. Wall<br>Spokane, WA 99201-0696 |
| Sterlings Savings Bank<br>801 4th St.<br>Santa Rosa, CA 95404-4504 | Reidun Stromsheim<br>Law Offices of Stromsheim and Assoc.<br>201 California St. #350<br>San Francisco, CA 94111-5038 | W.K. Construction, Inc.<br>3972 Millbrook Dr.<br>Santa Rosa, CA 95404-7613 |
| Washington Mutual<br>P.O. Box 78148<br>Phoenix, AZ 85062-8148 | Melodie A. Whitson<br>Pite Duncan<br>4375 Jutland Dr. #200<br>San Diego, CA 92117-3600 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
P.O. Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | (d)Washington Mutual<br>P.O. Box 78148<br>Phoenix, AZ 85062-8148 | End of Label Matrix<br>Mailable recipients   28<br>Bypassed recipients    2<br>Total                  30 |